```
1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail:robert_carlin@fd.org
5
   Counsel for Defendant,
6  VICTORIA PUNTANILLA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTORIA PUNTANILLA,<br><br>Defendant. | No. CR 09-00716-RMW<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE/SENTENCING HEARING; [] ORDER** |

Plaintiff United States of America, by and through Assistant United States Attorney Jeffrey Schenk, and Defendant VICTORIA PUNTANILLA ("Ms. Puntanilla"), by and through her attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the Status Conference/Sentencing Hearing in this case should be continued from June 10 to June 24, 2013, at 9:00 a.m.

1. On January 7, 2013, Ms. Puntanilla appeared before this Honorable Court and admitted four violations of her supervised release conditions (allegations 1, 3, 4 and 7 of the Amended Form 12 Petition).

2. The Court scheduled a Status Conference/Sentencing Hearing for June 10, 2013, at 9:00 a.m.

1     3. Due to some unexpected circumstances, Counsel for Ms. Puntanilla needs to attend to
some family related matters on the morning of June 10, 2013, and therefore it is respectfully
requested that the Status Conference/Sentencing Hearing be continued as requested.

    4. Counsel has consulted with Ms. Puntanilla's supervising United States Probation
Officer Malik Ricard, and he is not opposed to the requested continuance and is available on
June 24, 2013.

    5. Accordingly, the parties request that the Status Conference/Sentencing Hearing be
continued to June 24, 2013, at 9:00 a.m.

    IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR  
Federal Public Defender

/s/
_____
Dated: June 6, 2013     ROBERT CARLIN  
Assistant Federal Public Defender

UNITED STATES ATTORNEY

/s/
_____
Dated: June 6, 2013  
JEFFREY SCHENK  
Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;  
[] ORDER     2

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant,
6  VICTORIA PUNTANILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00716-RMW |
| Plaintiff, | **[] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE/SENTENCING HEARING** |
| vs. | |
| VICTORIA PUNTANILLA, | |
| Defendant. | |

1. On January 7, 2013, Ms. Puntanilla appeared before this Court and admitted four violations of her supervised release conditions (allegations 1, 3, 4 and 7 of the Amended Form 12 Petition).

2. The Court scheduled a Status Conference/Sentencing Hearing for June 10, 2013, at 9:00 a.m.

3. Due to some unexpected circumstances, Counsel for Ms. Puntanilla needs to attend to some family related matters on the morning of June 10, 2013, and the parties have requested a continuance of the Status Conference/Sentencing Hearing.

///

///

4. Counsel has consulted with Ms. Puntanilla's supervising United States Probation Officer Malik Ricard, and the latter is not opposed to the requested continuance and is available on June 24, 2013.

5. Accordingly, the Status Conference/Sentencing Hearing shall be continued to June 24, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____   _____
HON. RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE HEARING;
[] ORDER                    4